UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SOCIETY OF PROFESSIONAL ENGINEERING EMPLOYEES IN AEROSPACE, IFPTE LOCAL 2001, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, *et al.*<br><br>Defendants. | Civil Action Nos.<br>05-CV-01251-MLB-KMH<br>and<br>07-CV-01043-MLB-KMH |

**BOEING DEFENDANTS'**
**NOTICE OF SERVICE OF DISCOVERY REQUESTS TO**
**INDIVIDUAL "MCCARTNEY PLAINTIFFS" AND "BOONE PLAINTIFFS"**

The Boeing Company; the Boeing Company Employee Retirement Plan; The Boeing Company Retiree Health and Welfare Benefit Plan; The Employee Benefit Plans Committee of The Boeing Company; and The Boeing Company Layoff Benefits Plan (collectively "Boeing Defendants") in the above-captioned matter hereby notify the Court that on August 6, 2010, they submitted, via electronic mail, the following:

1. First Interrogatories to Individual "Boone Plaintiff" James Boone, numbered one (1) through ten (10);

2. First Interrogatories to Individual "Boone Plaintiff" Bruce Carselowey, numbered one (1) through ten (10);

3. First Interrogatories to Individual "Boone Plaintiff" Marsha Gray, numbered one (1) through ten (10);

4. First Interrogatories to Individual "Boone Plaintiff" Darlene Kerns, numbered one (1) through ten (10);

5. First Interrogatories to Individual "Boone Plaintiff" Gary Leavell, numbered one (1) through ten (10);

6. First Interrogatories to Individual "Boone Plaintiff" Randall McFarland, numbered one (1) through ten (10);

7. First Interrogatories to Individual "Boone Plaintiff" Larry Moore, numbered one (1) through ten (10);

8. First Interrogatories to Individual "Boone Plaintiff" Russell Norman, numbered one (1) through ten (10);

9. First Interrogatories to Individual "Boone Plaintiff" James Queen, numbered one (1) through ten (10);

10. First Interrogatories to Individual "Boone Plaintiff" Timothy Sanders, numbered one (1) through ten (10);

11. First Interrogatories to Individual "Boone Plaintiff" Marlon Stocking, numbered one (1) through ten (10);

12. First Interrogatories to Individual "Boone Plaintiff" William Stoner, numbered one (1) through ten (10);

13. First Interrogatories to Individual "Boone Plaintiff" Lisa Wright, numbered one (1) through ten (10);

14. First Interrogatories to Individual "McCartney Plaintiff" Michael McCartney, numbered one (1) through ten (10);

15. First Interrogatories to Individual "McCartney Plaintiff" Norris Palmer, numbered one (1) through ten (10);

16. First Interrogatories to Individual "McCartney Plaintiff" Bradley Stevens, numbered one (1) through ten (10);

17. First Interrogatories to Individual "McCartney Plaintiff" Margaret Wieland, numbered one (1) through ten (10); and

18. First Request for Production of Documents to Individual "McCartney Plaintiffs" and "Boone Plaintiffs," numbered one (1) through twenty-two (22).

Respectfully submitted,

William J. Kilberg
Paul Blankenstein
Jennifer J. Schulp
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. NW
Washington, DC 20036-5036

— *and* —

FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Telephone: 316-267-6371
Facsimile: 316-267-6345

By */s/ Boyd A. Byers*
James M. Armstrong # 09271
jarmstrong@foulston.com
Douglas L. Stanley # 12037
dstanley@foulston.com
Boyd A. Byers # 16253
bbyers@foulston.com
Charles E. McClellan #23692
cmcclellan@foulston.com

*Attorneys for Boeing Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2010, I electronically filed the foregoing **BOEING DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY REQUESTS TO INDIVIDUAL "MCCARTNEY PLAINTIFFS" AND "BOONE PLAINTIFFS"** with the clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Arlus J. Stephens astephens@murphypllc.com
Renee S. Gerni rgerni@murphypllc.com
Thomas E. Hammond tehammond1@yahoo.com
Joel R. Hurt jhurt@stemberfeinstein.com
William T. Payne wpayne@stemberfeinstein.com
*Attorneys for Plaintiffs*

Gregory L. Ash gash@spencerfane.com
Michael F. Delaney mdelaney@spencerfane.com
Eric P. Kelly ekelly@spencerfane.com
*Attorneys for Spirit Defendants*

*/s/ Boyd A. Byers*
Boyd A. Byers