# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Society of Professional Engineering Employees    )
in Aerospace, IFPTE Local 2001, *et al.*,    )
   )
          Plaintiffs,    )     Civil Action Nos.
   )    05-CV-1251-MLB-KMH
vs.    )         and
   )    07-CV-1043-MLB-KMH
The Boeing Company, *et al.*,    )
   )
          Defendants.    )
   )

## EXHIBIT INDEX TO
## MEMORANDUM IN SUPPORT OF BOEING'S
## MOTION TO COMPEL DISCOVERY RESPONSES

| Exhibit | Description |
|---------|-------------|
| A | 2013-05-17 Plaintiffs' 1st Interrogatories Concerning Remedy to Spirit |
| B | 2013-05-17 Plaintiffs' 1st Requests for Production Concerning Remedy to Spirit |
| C | 2013-06-07 Plaintiffs' 1st Interrogatories to Boeing Concerning Remedy |
| D | 2013-06-07 Boeing's 3rd Interrogatories to SPEEA |
| E | 2013-06-07 Boeing's 3rd Interrogatories to IAM |
| F | 2013-06-07 Boeing's 3rd Interrogatories to Plaintiffs |
| G | 2013-08-23 IAM's Responses to Boeing's 3rd Interrogatories |
| H | 2013-08-23 SPEEA's Responses to Boeing's 3rd Interrogatories |
| I | 2013-08-23 Plaintiffs' Responses to Boeing's 3rd Interrogatories |
| J | 2008-05-16 Plaintiffs' Initial Disclosures |
| K | 2008-08-18 IAM's Responses to Boeing's 1st Interrogatories (excerpt) |
| L | 2008-08-18 SPEEA's Responses to Boeing's 1st Interrogatories (excerpt) |
| M | Spirit AeroSystems article |
| N | 2014-01-20 Jim Armstrong and Arlus Stephens' e-mails |