AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | | |
|---|---|---|
| SPEEA, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 05-1251-MLB; 07-1043 |
| The Boeing Company | ) | |
| *Defendant(s)* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: According to the Final Order and Judgment Approving the Harkness Class Settlement, the court finds the settlement agreement is fair, reasonable, and adequate, and was entered into by Boeing and the settling plaintiffs in good faith. Judgment is entered pursuant to Rule 54(b). The court has determined that the Harkness Class claims have been resolved by the Settlement Agreement. See Doc. 671.

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☑ decided by Senior U. S. District Judge Monti L. Belot on a motion for Approval of the Harkness Class Settlement.

Date: 9/28/15

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/ Rachael Silva
*Signature of Clerk or Deputy Clerk*