IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

Society of Professional Engineering Employees in Aerospace, IFPTE Local 2001, *et al.*,

        Plaintiffs,

vs.

The Boeing Company, *et al.*,

        Defendants.

Civil Action Nos.
05-CV-1251-JWB
and
07-CV-1043-JWB

**Memorandum in Support of Boeing's Renewed Motion to Compel Discovery Responses**

**EXHIBIT INDEX**

| Exhibit | Description |
|---|---|
| 1 | E-mail from Judge Belot to counsel (March 14, 2014) |
| 2 | Conferral letter from Boeing (June 27, 2017) |
| 3 | Conferral letter from Plaintiffs (Jan. 10, 2018) |
| 4 | Conferral letter from Plaintiffs (Jan. 16, 2018) |
| 5 | Conferral letter from Boeing (Jan. 23, 2018) |
| 6 | Conferral letter from Boeing (Feb. 26, 2018) |
| 7 | Conferral letter from Boeing (Apr. 20, 2018) |
| 8 | Conferral letter from Plaintiffs (May 2, 2018) |
| 9 | Conferral letter from Plaintiffs (May 10, 2018) |

| 10 | Excerpts from Plaintiffs' responses to Boeing's 1st RFP to Individual Plaintiffs |
|----|----------------------------------------------------------------------------------|
| 11 | Excerpts from Plaintiffs' responses to Boeing's 3d RFP to Individual Plaintiffs |
| 12 | Excerpts from Plaintiffs' answers to Boeings' 3d Interrogatories to Individual Plaintiffs. |
| 13 | Bradley Stevens' statement of out-of-pocket healthcare related expenses, by year (from Nov. 22, 2017, document production) |
| 14 | Bradley Stevens' Earnings Statement (Jan. 24, 2014) |
| 15 | 2012 Benefit Highlights for BlueCross BlueShield of Texas benefits plan |
| 16 | 2012 Retiree Medical Plan options for SPEEA-WEU represented employees outside of Kansas |
| 17 | Communications from Plan Administrators to Plaintiffs' Counsel |
| 18 | 2006 IAM-751 Early Retiree Medical Plan, CCP Options |
| 19 | 2009 Retiree Medical Plan options for SPEEA-WEU and SPEEA-WTPU represented employees (including CCP options) |
| 20 | 2010 Retiree Medical Plan options for SPEEA-WEU and SPEEA-WTPU represented employees (no CCP options) |
| 21 | 2017 Summary of Benefits & Coverage for IAM-751 Early Retiree Medical Plan, CCP Option |
| 22 | 2011 Retiree Medical Plan options for SPEEA-WTPU represented employees in Kansas |
| 23 | Documentation Supporting Carselowey's 2011 Prescription Expenses |