IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| Society of Professional Engineering Employees in Aerospace, IFPTE Local 2001, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action Nos. 05-CV-1251-JWB |
| vs. | ) ) ) | and 07-CV-1043-JWB |
| The Boeing Company, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**Joint Stipulation of Dismissal with Prejudice**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all remaining Plaintiffs (individual plaintiffs James Boone, Bruce Carselowey, Michael McCartney, Randall McFarland, Larry Moore, Linda Norman – executor of the Estate of Russell Norman, Norris Palmer, James Queen, Timothy Sanders, Bradley Stevens, Marlon Stocking, Steven Stoner – executor of the Estate of William Stoner, Margaret Wieland, and Lisa Wright; and union plaintiffs Society of Professional Engineering Employees in Aerospace, IFPTE Local 2001, and International Association of Machinists and Aerospace Workers and District Lodge 70) and Defendants (The Boeing Company, The Boeing Company Employee Retirement Plan, The Boeing Retiree Health and Welfare Benefit Plan, The Boeing Company Layoff Benefits Plan, and the Boeing Employee Benefits Plan Committee) jointly file this Stipulation of Dismissal with Prejudice. The Parties stipulate that this action and all claims contained in this matter are voluntarily dismissed with prejudice, with each party responsible for its own respective costs and attorneys' fees incurred as a result of this action, except as otherwise agreed.

Respectfully submitted,

| | |
|---|---|
| Arlus J. Stephens<br>Roseann R. Romano<br>MURPHY ANDERSON PLLC<br>1401 K Street NW, Suite 300<br>Washington, DC  20005<br><br>― and ―<br><br>William T. Payne<br>Joel R. Hurt<br>FEINSTEIN DOYLE PAYNE & KRAVEC, LLC<br>Law & Finance Building, Suite 1300429 Fourth Avenue<br>Pittsburgh, PA  15219<br><br>― and ―<br><br>By: */s/ Tom E. Hammond*<br>     Tom E. Hammond          KS #10242<br>     HAMMOND, ZONGKER & FARRIS LLC<br>     727 N. Waco Street, Suite 200<br>P.O. Box 47370<br>Wichita, KS  67201<br>316-262-6800<br>tehammond1@yahoo.com<br><br>*Attorneys for Plaintiffs* | */s/ Boyd A. Byers*<br>Boyd A. Byers                               #16253<br>bbyers@foulston.com<br>James M. Armstrong                 #09271<br>jarmstrong@foulston.com<br>Charles E. McClellan                 #23692<br>cmcclellan@foulston.com<br>Foulston Siefkin LLP<br>1551 N. Waterfront Pkwy., Ste. 100<br>Wichita, KS  67206-4466<br>Telephone:  316-267-6371<br>Facsimile:   316-267-6345<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this December 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                                     */s/ Boyd A. Byers*
                                                                                      Boyd A. Byers                               #16253